# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 1 1999

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

No. 98-2161

LR-C-94-290

| | |
|---|---|
| Paula Corbin Jones, | |
|     Appellant, | |
| v. | |
| William Jefferson Clinton, Danny Ferguson, | |
|     Appellees. | Appeal from the United States District Court for the Eastern District of Arkansas. |
| --------- | |
| Dulles Area Chapter of the National Organization of Women (DACNOW); Women's Equal Rights Legal Defense and Education Fund (WERLDEF); Judicial Watch, Inc., | |
|     Amicus on Behalf of Appellant. | |

Filed: December 2, 1998

Before BOWMAN, Chief Judge, ROSS, and BEAM, Circuit Judges.

# ORDER

463

The Court has before it the joint motion of all the parties to this civil litigation to voluntarily dismiss Ms. Jones's appeal. The joint motion recites that on November 13, 1998, the parties reached an out-of-court settlement, and that each party has agreed to bear his or her own costs of the appeal.

The joint motion to dismiss the appeal is granted subject to the terms of the out-of-court settlement agreement which the parties attached to and incorporated by reference in their joint motion to voluntarily dismiss the appeal.

The motion of Judicial Watch, Inc. for leave to file an amicus curiae brief in opposition to dismissal is denied.

The appeal is dismissed.

A true copy.

Attest: *Michael E. Gans*

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

MANDATE ISSUED
FEB 0 8 1999