IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PAULA CORBIN JONES | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:94-cv-00290-SWW |
| | * | |
| | * | |
| WILLIAM JEFFERSON CLINTON and | * | |
| DANNY FERGUSON, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Clerk is directed to reassign the above-styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 10th day of May 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE